# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00885-GPG

(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CORWIN RAVEN,

    Plaintiff,

v.

VIOLA BRUNING,
JAMIE SOUCIE, and
DARREN LISH,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On April 27, 2015, Plaintiff submitted to the Court a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the § 1915 Motion is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   the certified copy of prisoner's trust fund statement is not for the **6-month period immediately preceding** this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form

(9) __	names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_	other: Does not include all pages of the § 1915 form; especially does not include the signature page of the form

**Complaint, Petition or Application**:
(11) __	is not submitted
(12) __	is not on proper form (Plaintiff may find the Court-approved forms at www.cod.uscourts.gov.)
(13) __	is missing an original signature by the prisoner
(14) __	is missing page nos. __
(15) __	uses et al. instead of listing all parties in caption
(16) __	names in caption do not match names in text
(17) __	addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __	other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the proper Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Plaintiff must use the Court-approved § 1915 form when curing the deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED April 27, 2015, at Denver, Colorado.

> BY THE COURT:
>
> s/ Gordon P. Gallagher
> United States Magistrate Judge